

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ACE FIRE UNDERWRITERS INSURANCE COMPANY, | § | No. 08-14-00214-CV |
| | § | |
| Appellant/Cross-Appellee, | | Appeal from the |
| | § | |
| v. | | 439th District Court |
| | § | |
| SUZANNE GARNER, INDIVIDUALLY AND AS NEXT FRIEND OF R.G., A MINOR, | § | of Rockwall County, Texas |
| | | (TC# 1-12-68) |
| | § | |
| Appellee/Cross-Appellant. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs of the appeal are taxed against the party incurring them, and this decision be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF NOVEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.